1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

IN RE:

No.  1:13-mc-0052-MJS

12
13

CHRIS LANE LYNCH
MCCARTHY

ORDER TO SHOW CAUSE REGARDING
FAILURE TO APPEAR FOR JURY DUTY

14
15
16

Date:  November 1, 2013

Time:  9:30 a.m.

17

Courtroom:  6

18
19
20

Chris Lane Lynch McCarthy, having been summoned  for jury duty in this District

21

on July 23, 2013, and August 7, 2013, and not having appeared for same, is hereby

22

ORDERED TO APPEAR before United States Magistrate Judge Michael J. Seng in

23

Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno,

24

California, on November 1, 2013  at 9:30 a.m., and Show Cause why she should not be

25

held in contempt for failure to appear as summoned and comply with her  jury service

26

obligations.

27

Said Chris Lane Lynch McCarthy is advised that any person who fails to show

28

1

good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.   28 U.S.C. Section § 1866(g).  **The Clerk's Office is directed to forward a copy of this Order to Show Cause to the address on file.**


IT IS SO ORDERED.

Dated:   October 9, 2013          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE