UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHRIS LANE LYNCH MCCARTHY | No. 1:13-mc-0052-MJS<br><br>ORDER TO SHOW CAUSE REGARDING FAILURE TO APPEAR FOR JURY DUTY<br><br>Date: November 1, 2013<br>Time: 9:30 a.m.<br>Courtroom: 6 |

Chris Lane Lynch McCarthy, having been summoned for jury duty in this District on July 23, 2013, and August 7, 2013, and not having appeared for same, is hereby ORDERED TO APPEAR before United States Magistrate Judge Michael J. Seng in Courtroom No. 6 of the United States District Court, 2500 Tulare Avenue, Fresno, California, on November 1, 2013 at 9:30 a.m., and Show Cause why she should not be held in contempt for failure to appear as summoned and comply with her jury service obligations.

Said Chris Lane Lynch McCarthy is advised that any person who fails to show

1

good cause for noncompliance with a jury summons may be fined not more than $1000.00, imprisoned not more than three days, ordered to perform community service, or any combination thereof.   28 U.S.C. Section § 1866(g).  **The Clerk's Office is directed to forward a copy of this Order to Show Cause to the address on file.**

IT IS SO ORDERED.

Dated:   October 9, 2013                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE